**2003–0111.  Sisson v. Zaino.**
Board of Tax Appeals, No. 1999–L–1352. On motion to dismiss. Motion to dismiss sustained. Cause dismissed. On motion to strike motion to dismiss appeal, motion to strike certification and order, motion to strike filing of record, and motion to set briefing schedule. Motions denied as moot.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0154.  State ex rel. Dapper v. Edwards.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0223.  State ex rel. Smith v. Piepmeire.**
In Mandamus and Procedendo. On complaint in mandamus and procedendo of Madison D. Smith. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0253.  State ex rel. Harris v. Petree.**
In Mandamus. On complaint in mandamus of Dwayne Harris. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and O'CONNOR, JJ., concur.

LUNDBERG STRATTON, J., would grant.

**2003–0374.  Kirk v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Kevin F. Kirk. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0405.  Dull v. Lane.**
In Habeas Corpus. On petition for writ of habeas corpus of Robert E. Dull Jr. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2002–0777 and 2002–0825.  In re Price.**
Butler App. Nos. CA2001–02–035 and CA2001–04–085, 2002-Ohio-1345. On motion to consolidate case for purposes of oral argument with case Nos. 2002–0824, 2002–0892, and 2002–0894. Motion denied.

**2002–0824.  In re Thomas.**
Warren App. No. CA2001–02–013, 2002-Ohio-1426. On motion to consolidate case for purposes of oral argument with case Nos. 2002–0777, 2002–0825, 2002–0892, and 2002–0894. Motion denied.

**2002–0892 and 2002–0894.  In re April B.**
Lucas App. Nos. L–01–1334 and L–01–1348, 2002-Ohio-2299. On motion to consolidate case for purposes of oral argument with case Nos. 2002–0777, 2002–0825, and 2002–0824. Motion denied.

**2002–1261.  Dairy Farmers of Am., Inc. v. Zaino.**
Board of Tax Appeals, No. 01–M–378. Sua sponte, cause consolidated for argument and decision with 2002–1262, *Farmers Dairy Foods, Inc. v. Zaino*, Board of Tax Appeals, No. 97–R–167, and 2002–1685, *Dairy Farmers of Am., Inc. v. Zaino*, Board of Tax Appeals, No. 98–P–366.

**2002–1262.  Farmers Dairy Foods, Inc. v. Zaino.**
Board of Tax Appeals, No. 97–R–167. Sua sponte, cause consolidated for argument and decision with 2002–1261, *Dairy Farmers of Am., Inc. v. Zaino*, Board of Tax Appeals, No. 01–M–378, and 2002–1685, *Dairy Farmers of Am., Inc. v. Zaino*, Board of Tax Appeals, No. 98–P–366.

**2002–1276.  DeWeese v. Zaino.**
Board of Tax Appeals, Nos. 02–A–144, 02–A–145, and 02–A–327. Sua sponte, cause consolidated for argument and decision with 2002–1277, *Yoder v. Zaino*, Board of Tax Appeals, Nos. 02–A–140, 02–A–141, and 02–A–328, and 2002–1278, *Snider v. Zaino*, Board of Tax Appeals, Nos. 02–A–137, 02–A–138, and 02–A–329.